# EXHIBIT A

# EMPLOYEE FUNDED VOLUNTARY
# DISABILITY BANK ENROLLMENT



Date _3-26-03_  Branch _____

Employee Name _Mark H_
(Please Print to type)

I choose to participate in the Employee Funded Voluntary Disability Bank Program adopted by Koorsen Protection Services, Inc.

I have read the description of the Bank and the various regulations, guidelines, membership requirements and general operating procedures. As a condition to my application, I specifically acknowledge and agree that the grant of hours from the Voluntary Disability Bank shall be at the sole discretion of the Committee and that all decisions of the Committee will be final and binding. I further agree to abide by such decisions and to hold harmless Koorsen Protection Services, Inc., and the Committee and all their agents, heirs and successors for any loss they may sustain as a result of any claim or legal proceedings I may bring against any of them with respect to a decision made by any of them concerning this application.

I hereby authorize Koorsen Protection Services, Inc. to deduct eight hours from my accumulated personal hours and voluntarily contribute those to the Employee Funded Disability Bank. With this contribution, I shall become an active member of the Bank and am thereby governed by the Committee responsible for the administering of the Bank and accept all responsibility and will meet all obligations as outlined in the rules and guidelines as long as the Bank remains in operation.

**AGREED TO:**  Employee Signature: _[signature]_

Date: _10-26-03_

**WITNESSED:**

Koorsen Representative: _____

Position: _____

---

## Waiver of Participation

I hereby state that I'm aware of the provisions of the Employee Funded Voluntary Disability Bank Program, however I choose to waive my participation at this time. Should I request to be included at a later date, I understand that I must wait 90 days from the date I indicate my wish to participate before I will be included.

**AGREED TO:**  Employee Signature: _____

Date: _____

**WITNESSED:**

Koorsen Representative: _____

Position: _____